No. 4655.—PORTELA, apldo., v. PADILLA, aplte.—▮▮▮▮ ▮▮▮▮ C. D. San Juan. Julio 10, 1928. Apareciendo que el escrito de apelación fué radicado en la corte de distrito el día 19 de marzo próximo pasado, sin que hasta la fecha el apelante haya presentado en dicha corte de distrito exposición del caso o transcripción de evidencia alguna, habiendo expirado la última prórroga concedida para tal fin, y apareciendo además que hasta la fecha el apelante no ha radicado tampoco en la secretaría de este tribunal transcripción de autos alguna, a pesar de haber transcurrido con exceso el tiempo fijado para ello, se declara con lugar la referida moción y se desestima la apelación entablada en este caso.

No. 4670.—WEST INDIA OIL CO., aplda., v. MICHELL, aplte. ▮▮▮▮▮▮▮ C. D. San Juan. Julio 10, 1928. Habiendo transcurrido el término que tenía el apelante para presentar la exposición del caso o la transcripción de la evidencia sin haberlo verificado ni pedido prórroga; y habiendo transcurrido además el término para radicar el récord en el Tribunal Supremo, se desestimó el recurso a petición de la apelada.